UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEADLANDS CAPITAL ADVISORS, LLC,<br><br>    Plaintiff and Counterclaim-<br>    Defendant,<br><br>v.<br><br>HEADLAND CAPITAL PARTNERS LIMITED CORP.,<br><br>    Defendant and Counterclaim-Plaintiff. | Civil Action No. 14-CV-04920 (VM) |

## STIPULATION OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE

Plaintiff, Headlands Capital Advisors, LLC, and Defendant, Headland Capital Partners Limited, through their undersigned counsel pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action in its entirety with prejudice, including all claims and counterclaims, with each party to bear its own costs, expenses, and attorneys' fees, and the court to retain jurisdiction pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994).

**AGREED TO:**

| | |
|---|---|
| FROSS ZELNICK LEHRMAN & ZISSU, P.C. | KIRKLAND & ELLIS LLP |
| By: /s/ Richard Lehv | By: /s/ Claudia Ray |
| Richard Z. Lehv | Claudia Ray |
| Jason D. Jones | Shanti E. Sadtler |
| 866 United Nations Plaza | 601 Lexington Avenue |
| New York, NY 10017 | New York, NY 10022 |
| Tel: 212.813.5900 | Tel: 212.446.4800 |
| E-mail: rlehv@fzlz.com | E-mail: claudia.ray@kirkland.com |
| jjones@fzlz.com | shanti.sadtler@kirkland.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Dated: January 15, 2016 | Dated: January 14, 2016 |

**SO ORDERED**

Dated: _____    _____

Honorable Victor Marrero, U.S.D.J.